Exhibit B to the Complaint.

# U.S. Patent No. 8,204,437 v. TP-Link
### Claim 1 [Only one Claim for Complaint]
### TP-Link has wireless security cameras such as Tapo C125 and Tapo C211 (taken as an exemplary products) that are connected via Wi-Fi.

Exhibit B to the Complaint.

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P]   A   system   to distribute   at   least   one digital   photographic image,   said   system comprising: | TP-Link ("Company") makes, uses, sell, and/or offers to sell a system to distribute at least one digital photographic image.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides wireless security cameras such as Tapo C125 and Tapo C211 (taken as an exemplary product), that are connected via Wi-Fi and comprise a feature of motion and person detection in which users create a customizable marked area called an activity zone, such that if motion is detected within the activity Zone, the camera notifies the user by sending an alert through the Tapo app and uploading the recording or snapshot to the video library ("distribute at least one digital photographic image"). Further, the setting up of the camera requires that the camera and the receiver device such as a phone or a tablet are connected to the same Wi-Fi network and paired with each other. |

Exhibit B to the Complaint.



Source: https://www.tapo.com/en/product/smart-camera/tapo-c211/#tapo-product-overview

# Rich Notifications with Snapshots

Smart alerts notify you in real-time the instant your camera detects person with a snapshot. Instantly review the related video clip to know exactly what's happening anytime there is unusual activity.

Source: https://www.tapo.com/us/tapocare/

Exhibit B to the Complaint.



Digital photographic image

Source: https://www.tapo.com/us/tapocare/ (annotated)

Exhibit B to the Complaint.



Source: https://www.tapo.com/en/product/smart-camera/tapo-c211/#tapo-product-overview

Exhibit B to the Complaint.



Source: https://www.tapo.com/us/tapocare/

Exhibit B to the Complaint.



Source: https://apps.apple.com/us/app/tp-link-tapo/id1472718009

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.1] at least one capturing device and at least one receiving device, | Company provides at least one capturing device and at least one receiving device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the TP C211 camera ("capturing device") is paired with the Tapo app installed on the user's mobile device such as the phone or the tablet ("receiving device") using the Wi-Fi network. |
| --- | --- |

Exhibit B to the Complaint.



Source: https://www.tapo.com/en/product/smart-camera/tapo-c211/#tapo-product-overview (annotated)

Exhibit B to the Complaint.



Source: https://www.tapo.com/us/tapocare/ (annotated)

Exhibit B to the Complaint.

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2] said capturing device and said receiving device being cooperatively disposable in a communicative relation with one another via at least one wireless network, | Company provides at least one capturing device and at least one receiving device, wherein the said capturing device and said receiving device being cooperatively disposable in a communicative relation with one another via at least one wireless network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, to pair the camera, the Tapo app searches for the camera by granting the location permission. Further, when the camera is searched, the camera is connected to the home Wi-Fi network ("at least one wireless network") such that the camera is paired ("communicative relation with one another") with the user's mobile device.<br><br><br><br>Source: https://www.tapo.com/en/product/smart-camera/tapo-c211/#tapo-product-setup |

Exhibit B to the Complaint.

3. Grant the location access and allow the location permission to find and connect to your camera. You can disable it after the setup. Then it will start looking for your camera.



Source: https://www.tp-link.com/us/support/faq/2710/

Exhibit B to the Complaint.

4. After the camera is found, connect the camera to your home Wi-Fi network and enter the password. Click **Next**.



Source: https://www.tp-link.com/us/support/faq/2710/

5. It will start pairing your camera. Make sure the LED stays solid on during the pairing.

Exhibit B to the Complaint.

| | |
|---|---|
| | Source: https://www.tp-link.com/us/support/faq/2710/<br><br>7. The "Complete" page means the camera is successfully added and tap **Done** to start using your camera.<br><br><br><br>Source: https://www.tp-link.com/us/support/faq/2710/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3] said at least one capturing device comprising a capture assembly, said capture assembly being structured to selectively capture the at least one | Company provides at least one capturing device and at least one receiving device, wherein the said at least one capturing device comprising a capture assembly, said capture assembly being structured to selectively capture the at least one digital photographic image,<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the camera comprises a lens and image sensor ("capture assembly"). Further, the camera comprises a feature of motion and person detection such that the camera monitors the activity zone marked by the user. When a person or motion is detected in the activity zone, camera captures the snapshot image |

Exhibit B to the Complaint.

| digital photographic image, | ("selectively capture the at least one digital photographic image"), generates a push notification alert and sends the captured snapshot to the user. Therefore, it would be apparent to a person having ordinary skill in the art that the camera selectively captures the shot in the marked area based on the person and motion detection. |
|---|---|
| |  |
| | Source: https://www.tapo.com/en/product/smart-camera/tapo-c211/#tapo-product-spec |
| |  |
| | Source: https://www.tapo.com/en/product/smart-camera/tapo-c211/#tapo-product-overview |

Exhibit B to the Complaint.



Digital photographic image

Source: https://www.tapo.com/us/tapocare/ (annotated)

Exhibit B to the Complaint.

|  | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [1.4] said capturing device further comprising a first network component, wherein said first network component is structured to communicate the at least one digital photographic image to said receiving device via said at least one wireless network, and | Company provides at least one capturing device and at least one receiving device, wherein the said capturing device further comprising a first network component, wherein said first network component is structured to communicate the at least one digital photographic image to said receiving device via said at least one wireless network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the motion or person is detected in the activity zone, the camera sends push notification alerts along with the captured snapshots to the user's mobile device, paired with the camera via Wi-Fi. Therefore, it would be apparent to a person having ordinary skill in the art that the camera comprises a Wi-Fi module ("first network component") that is structured to send snapshots to the user's mobile device via Wi-Fi.<br><br>NETWORK<br><br>Network Connectivity:  Connect via Wi-Fi<br>Wireless Connectivity:  IEEE 802.11b/g/n, 2.4 GHz Wi-Fi<br><br>RTSP:  Yes<br>ONVIF:  Yes<br><br>Source: https://www.tapo.com/en/product/smart-camera/tapo-c211/#tapo-product-spec |

16

Exhibit B to the Complaint.



Digital photographic image to said receiving device

Source: https://www.tapo.com/us/tapocare/ (annotated)

Exhibit B to the Complaint.

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.5] said receiving device comprising a second network component, wherein said second network component is structured to receive the at least one digital photographic image from said capturing device via said at least one wireless network, wherein | Company provides at least one capturing device and at least one receiving device, wherein the said receiving device comprising a second network component, wherein said second network component is structured to receive the at least one digital photographic image from said capturing device via said at least one wireless network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the camera sends the push notification alerts, the user's mobile device, paired via Wi-Fi, receives the alerts along with the captured snapshots ("the at least one digital photographic image"). Therefore, it would be apparent to a person having ordinary skill in the art that the user's mobile device comprises a Wi-Fi module ("second network component") that receives the captured snapshots. |

Exhibit B to the Complaint.



receive the at least one digital photographic image

Source: https://www.tapo.com/us/tapocare/ (annotated)

Exhibit B to the Complaint.

|  | • **Detection & Instant Notification:** Get instant push notifications when motion · baby crying detection or a person is detected .<br><br>Source: https://www.tapo.com/en/product/smart-camera/tapo-c211/#tapo-product-overview<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [1.6]  said  capturing device and said receiving device are disposed in a selectively  paired relationship  with  one another, | Company provides at least one capturing device and at least once receiving device, wherein the said capturing device and said receiving device are disposed in a selectively paired relationship with one another.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the camera and the user's mobile device are paired with each other via a Wi-Fi connection.<br><br> |

Exhibit B to the Complaint.

Source: https://www.tapo.com/en/product/smart-camera/tapo-c211/#tapo-product-setup

3. Grant the location access and allow the location permission to find and connect to your camera. You can disable it after the setup. Then it will start looking for your camera.



Source: https://www.tp-link.com/us/support/faq/2710/

21

Exhibit B to the Complaint.

**4. After the camera is found, connect the camera to your home Wi-Fi network and enter the password.** Click **Next**.



Source: https://www.tp-link.com/us/support/faq/2710/

5. It will start pairing your camera. Make sure the LED stays solid on during the pairing.

Exhibit B to the Complaint.

| | |
|---|---|
| | Source: https://www.tp-link.com/us/support/faq/2710/<br><br>7. The "Complete" page means the camera is successfully added and tap **Done** to start using your camera.<br><br><br><br>Source: https://www.tp-link.com/us/support/faq/2710/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.7] said selectively paired relationship is at least partially based on said capturing device and said receiving device being cooperatively associated with at least | Company provides at least one capturing device and at least on receiving device, wherein said selectively paired relationship is at least partially based on said capturing device and said receiving device being cooperatively associated with at least one common pre-defined pairing criteria, and said pre-defined pairing criteria comprises a geographic location of said capturing device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

Exhibit B to the Complaint.

| one common pre-defined pairing criteria, and <br><br> said pre-defined pairing criteria comprises a geographic location of said capturing device. | For example, while pairing the camera ("said capturing device") with the user's mobile device, the location access is granted such that the camera network is searched ("one common pre-defined pairing criteria") within proximity. Further, when the camera is successfully searched, the camera is connected to the Wi-Fi network with which the user's mobile device is connected, and the camera gets paired ("paired relationship") with the mobile device. Therefore, it would be apparent to a person having ordinary skill in the art that the pairing criteria comprise a geographic location of the camera. <br><br> 3. Grant the location access and allow the location permission to find and connect to your camera. You can disable it after the setup. Then it will start looking for your camera. <br><br>  <br><br> Source: https://www.tp-link.com/us/support/faq/2710/ |

Exhibit B to the Complaint.

4. After the camera is found, connect the camera to your home Wi-Fi network and enter the password.
Click **Next**.



Source: https://www.tp-link.com/us/support/faq/2710/

5. It will start pairing your camera. Make sure the LED stays solid on during the pairing.

Exhibit B to the Complaint.

Source: https://www.tp-link.com/us/support/faq/2710/

7. The "Complete" page means the camera is successfully added and tap **Done** to start using your camera.



Source: https://www.tp-link.com/us/support/faq/2710/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

Exhibit B to the Complaint.

## 2. List of References

1. https://www.tapo.com/us/tapocare/, last accessed on 18 March, 2024.
2. https://apps.apple.com/us/app/tp-link-tapo/id1472718009, last accessed on 18 March, 2024.
3. https://www.tp-link.com/us/, last accessed on 18 March, 2024.
4. https://www.tp-link.com/us/support/faq/2710/, last accessed on 18 March, 2024.
5. https://www.tapo.com/en/product/smart-camera/tapo-c211/#tapo-product-spec, last accessed on 18 March, 2024.