# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LTD., AND TP-LINK INTERNATIONAL LTD.**<br><br>**Defendants.** | **CIVIL ACTION NO. 2:24-cv-272**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Display Technologies, LLC, and Defendants TP-Link Technologies Co., Ltd., TP-Link Corporation. Ltd., and TP-Link International Ltd. hereby stipulate to the dismissal with prejudice of all claims of infringement that were or could have been asserted in this Action, pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B). Each Party will bear its own costs, expenses, and attorneys' fees.

Dated: July 25, 2024

/s/ *Randall Garteiser*
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

*Attorneys for Plaintiff*

/s/ *Kristopher Reed*
Kristopher L. Reed
KILPATRICK TOWNSEND & STOCKTON LLP
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 922-7143
Facsimile: (214) 922-7101
kreed@ktslaw.com

*Attorney for Defendants*

**CERTIFICATE OF CONFERENCE**

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Joint Stipulation, and counsel is agreed to the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing using the Court's Case Management and Electronic Case Filing system, which will send notification of such filing to counsel of record in this action registered with the Court's system. Those counsel not registered with the Court's system will receive service via electronic and U.S. Mail.

*/s/ Randall Garteiser*
Randall Garteiser