# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING, LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CASE NO.  2:24-CV-00272-RWS-RSP |
| | § |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LTD., and TP-LINK INTERNATIONAL LTD., | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed by Rothschild Patent Imagin, LLC and TP-Link Technologies Co., Ltd, TP-Link Corporation Ltd., and TP-Link International Ltd. (Dkt. No. 6.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action with prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**SIGNED this 29th day of July, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE